**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6851**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL HARVEY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CR-98-474-A, CA-99-1985-AM)

———————

Submitted:  December 14, 2000      Decided:  December 19, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Harvey, Appellant Pro Se.  James L. Trump, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Michael Harvey seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Harvey, Nos. CR-98-474-A; CA-99-1985-AM (E.D. Va. Feb. 4 & Feb. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED